CLOSED,STAYED,TRANSFER

Jump to Docket Table

# U.S. District Court
# Eastern District of Louisiana (New Orleans)
# CIVIL DOCKET FOR CASE #: 2:19–cv–11771–SSV–KWR

City of Slidell v. Purdue Pharma LP et al

Assigned to: Judge Sarah S. Vance

Referred to: Magistrate Judge Karen Wells Roby

Case in other court:  St. Tammany Parish, 22nd JDC, 19–13022, C

Cause: 28:1332 Diversity–Racketeering (RICO) Act

Date Filed: 07/19/2019

Date Terminated: 09/03/2019

Jury Demand: None

Nature of Suit: 470 Racketeer/Corrupt Organization

Jurisdiction: Diversity

**Plaintiff**

**Slidell City**　　　　　　　　　　　　represented by　**Lawrence Emerson Abbott**
Cotten, Schmidt & Abbott, LLP (New Orleans)
650 Poydras Street
Suite 1950
New Orleans, LA 70130
504–568–9393
Email: labbott@csa–lawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brigid E. Collins**
Leger & Shaw (New Orleans)
935 Gravier Street
Suite 2150
New Orleans, LA 70112
504–588–9043
Email: bcollins@legershaw.com
*ATTORNEY TO BE NOTICED*

**Franklin G. Shaw**
Leger & Shaw (New Orleans)
935 Gravier Street
Suite 2150
New Orleans, LA 70112
504–588–9043
Email: fshaw@legershaw.com
*ATTORNEY TO BE NOTICED*

**Matthew Landry**
Leger & Shaw (New Orleans)
935 Gravier Street
Suite 2150
New Orleans, LA 70112
504–588–9043
Email: mlandry@legershaw.com
*ATTORNEY TO BE NOTICED*

**Ross Forrest Lagarde**

Ross F. Lagarde, APLC
2250 Gause Blvd. East
Suite 301
Slidell, LA 70461
985−605−0527
Fax: 985−605−0526
Email: ross@rlagardelaw.com
*ATTORNEY TO BE NOTICED*

**Sarah Perkins Reid**
Cotten, Schmidt & Abbott, LLP (New Orleans)
650 Poydras Street
Suite 1950
New Orleans, LA 70130
504−568−9393
Email: sreid@csa−lawfirm.com
*ATTORNEY TO BE NOTICED*

**Walter John Leger , III**
Leger & Shaw (New Orleans)
935 Gravier Street
Suite 2150
New Orleans, LA 70112
504−588−9043
Email: wleger3@legershaw.com
*ATTORNEY TO BE NOTICED*

**Walter John Leger , Jr.**
Leger & Shaw (New Orleans)
935 Gravier Street
Suite 2150
New Orleans, LA 70112
504−588−9043
Fax: 504−588−9980
Email: wleger@legershaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Allergan Finance LLC** | represented by | **Thomas Mac Dougall Womack** |
| *formerly known as* | | Taylor, Porter, Brooks & Phillips LLP |
| Actavis Inc. | | 450 Laurel Street, 8th Floor (70801) |
| *formerly known as* | | P. O. Box 2471 |
| Watson Pharmaceuticals, Inc. | | Baton Rouge, LA 70821−2471 |
| | | (225) 387−3221 |
| | | Email: mac.womack@taylorporter.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Caroline Kay Darwin**
Taylor, Porter, Brooks & Phillips LLP
450 Laurel Street, 8th Floor (70801)

P. O. Box 2471
Baton Rouge, LA 70821–2471
225–387–3221
Email: caroline.darwin@taylorporter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allergan Sales, L.L.C.**                 represented by     **Thomas Mac Dougall Womack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Kay Darwin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allergan USA, Inc.**                 represented by     **Thomas Mac Dougall Womack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Kay Darwin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**West–Ward Pharmaceutical, Corp**                 represented by     **Kelly Cambre Bogart**
*agent of*                                                        Duplass, Zwain, Bourgeois, Pfister, Weinstock
Hikma Pharmaceuticals USA Inc.                                   & Bogart
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
504–832–3700
Email: kbogart@duplass.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole M. Boyer**
Duplass, Zwain, Bourgeois, Pfister, Weinstock
& Bogart
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
504–832–3700
Email: nboyer@duplass.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amneal Pharmaceutical, Inc.**                 represented by

John Powers Wolff , III
Keogh, Cox & Wilson Ltd
701 Main St.
Baton Rouge, LA 70802
225−383−3796
Email: jwolff@keoghcox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad Anthony Sullivan**
Keogh, Cox & Wilson Ltd
701 Main St.
Baton Rouge, LA 70802
225−383−3796
Email: csullivan@keoghcox.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mylan Pharmaceuticals, Inc.**                  represented by  **James Alcee Brown**
Liskow & Lewis (New Orleans)
One Shell Square
701 Poydras St.
Suite 5000
New Orleans, LA 70139−5099
504−581−7979
Fax: 5045564108
Email: Jabrown@liskow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**A'Dair Ragan Flynt**
Liskow & Lewis (New Orleans)
One Shell Square
701 Poydras St.
Suite 5000
New Orleans, LA 70139−5099
504−556−4154
Email: aflynt@liskow.com
*ATTORNEY TO BE NOTICED*

**Tyler D. Trew**
Liskow & Lewis (New Orleans)
One Shell Square
701 Poydras St.
Suite 5000
New Orleans, LA 70139−5099
504−556−4164
Fax: 504−556−4108
Email: ttrew@liskow.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anda, Inc.**                  represented by  **Craig Douglas Dillard**

Gardere, Wynne & Sewell, LLP (Houston)
1000 Louisiana Street
Suite 2000
Houston, TX 77002
713−276−5128
Email: cdillard@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mallinckrodt, PLC**                     represented by  **Gregory T. Stevens**
Phelps Dunbar, LLP (Baton Rouge)
II City Plaza
400 Convention St., Suite 1100
P. O. Box 4412 (70821−4412)
Baton Rouge, LA 70802
(225) 346−0285
Fax: (225) 381−9197
Email: stevensg@phelps.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry Rosenberg**
Phelps Dunbar, LLP (New Orleans)
Canal Place
365 Canal St.
Suite 2000
New Orleans, LA 70130−6534
(504) 584−9219
Email: harry.rosenberg@phelps.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mallinckrodt, LLC**                     represented by  **Gregory T. Stevens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry Rosenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Specgx LLC**                     represented by  **Gregory T. Stevens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry Rosenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Smith Drug Company**                                    represented by  **Sidney W. Degan , III**
Degan, Blanchard & Nash (New Orleans)
Texaco Center
400 Poydras St.
Suite 2600
New Orleans, LA 70130
504−529−3333
Email: sdegan@degan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip C. Brickman**
Degan, Blanchard & Nash (New Orleans)
Texaco Center
400 Poydras St.
Suite 2600
New Orleans, LA 70130
504−529−3333
Fax: 504−529−3337
Email: pbrickman@degan.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Watson Laboratories, Inc.**                            represented by  **Richard S. Crisler**
Bradley, Murchison, Kelly & Shea, LLC (New Orleans)
1100 Poydras St.
Suite 2700
New Orleans, LA 70163
(504) 596−6300
Email: rcrisler@bradleyfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. William Bradley , Jr.**
Bradley, Murchison, Kelly & Shea, LLC (New Orleans)
1100 Poydras St.
Suite 2700
New Orleans, LA 70163
(504) 596−6302
Fax: (504) 596−6301
Email: bbradley@bradleyfirm.com
*ATTORNEY TO BE NOTICED*

**Leland G. Horton**
Bradley, Murchison, Kelly & Shea, LLC (Shreveport)
401 Edwards Street
Suite 1000
Shreveport, LA 71101
(318) 227−1131
Email: lhorton@bradleyfirm.com
*ATTORNEY TO BE NOTICED*

**Michael C. Mims**
Bradley Murchison Kelly & Shea, LLC (New
Orleans)
1100 Poydras St.
Suite 2700
New Orleans, LA 70163
504−596−6136
Email: mmims@bradleyfirm.com
*ATTORNEY TO BE NOTICED*

**Natalie J. Taylor**
Bradley, Murchison, Kelly & Shea, LLC (New
Orleans)
1100 Poydras St.
Suite 2700
New Orleans, LA 70163
504−596−6300
Email: ndekaris@bradleyfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Warner Chilcott Company, LLC** | represented by | **Richard S. Crisler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**C. William Bradley , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leland G. Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Mims**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Natalie J. Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Actavis Pharma, Inc.**<br>*formerly known as*<br>Watson Pharma, Inc. | represented by | **Richard S. Crisler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**C. William Bradley , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leland G. Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Mims**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Natalie J. Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Actavis South Atlantic LLC**                    represented by   **Richard S. Crisler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. William Bradley , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leland G. Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Mims**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Natalie J. Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Actavis Elizabeth, LLC**                    represented by   **Richard S. Crisler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. William Bradley , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leland G. Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Mims**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Natalie J. Taylor**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Actavis Mid Atlantic LLC**                 represented by **Richard S. Crisler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. William Bradley , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leland G. Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Mims**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Natalie J. Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Actavis Totowa, LLC**                 represented by **Richard S. Crisler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. William Bradley , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leland G. Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Mims**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Natalie J. Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Actavis LLC**                 represented by **Richard S. Crisler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. William Bradley , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leland G. Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Mims**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Natalie J. Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Actavis Kadian LLC**                    represented by  **Richard S. Crisler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. William Bradley , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leland G. Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Mims**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Natalie J. Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Actavis Laboratories FL, Inc.**              represented by  **Richard S. Crisler**
*formerly known as*                            (See above for address)
Watson Laboratories, Inc. – Florida            *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. William Bradley , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leland G. Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Mims**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Natalie J. Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cephalon, Inc.**                              represented by    **Richard S. Crisler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. William Bradley , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leland G. Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Mims**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Natalie J. Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teva Pharmeceuticals USA, Inc.**             represented by    **Richard S. Crisler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. William Bradley , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leland G. Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Mims**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Natalie J. Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Purdue Pharma LP**                           represented by

**Paul B. Simon**
Gordon, Arata, Montgomery, Barnett, McCollam
(Lafayette)
400 East Kaliste Saloom Rd.
Suite 4200
Lafayette, LA 70508−8517
337−237−0132
Fax: 337−237−3451
Email: psimon@gamb.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Edgar Masur**
Gordon, Arata, Montgomery, Barnett, McCollam
(Lafayette)
400 East Kaliste Saloom Rd.
Suite 4200
Lafayette, LA 70508−8517
337−237−0132
Email: smasur@gamb.law
*ATTORNEY TO BE NOTICED*

**Defendant**

**Purdue Pharma Inc**                    represented by   **Paul B. Simon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Edgar Masur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Purdue Frederick Company, Inc.**       represented by   **Paul B. Simon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Edgar Masur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teva Pharmaceutical Industries Ltd.**

**Defendant**

**Johnson & Johnson**                    represented by   **David Wayne O'Quinn**
Irwin Fritchie Urquhart & Moore, LLC (New
Orleans)
400 Poydras St.
Suite 2700
New Orleans, LA 70130

504−310−2100
Email: doquinn@irwinllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. Moore**
Irwin Fritchie Urquhart & Moore, LLC (New Orleans)
400 Poydras St.
Suite 2700
New Orleans, LA 70130
504−310−2100
Email: dmoore@irwinllc.com
*ATTORNEY TO BE NOTICED*

**Kelly Juneau Rookard**
Irwin Fritchie Urquhart & Moore, LLC (New Orleans)
400 Poydras St.
Suite 2700
New Orleans, LA 70130
504−310−2100
Email: kjuneau@irwinllc.com
*ATTORNEY TO BE NOTICED*

**Scott R. Wolf**
Blanchard, Walker, O'Quin & Roberts, APLC
333 Texas Street
Suite 700
Shreveport, LA 71101
318−221−6858
Email: swolf@bwor.com
*ATTORNEY TO BE NOTICED*

**Stacey Denise Williams**
Blanchard, Walker, O'Quin & Roberts, APLC
333 Texas Street
Suite 700
Shreveport, LA 71101
318−221−6858
Email: swilliams@bwor.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Janssen Pharmaceuticals Inc.**                    represented by **David Wayne O'Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Juneau Rookard**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott R. Wolf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacey Denise Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Noramco, Inc.**

**Defendant**

**Ortho–McNeil–Janssen Pharmaceuticals, Inc.**
*also known as*
Janssen Pharmaceuticals Inc.

represented by **David Wayne O'Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Juneau Rookard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott R. Wolf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacey Denise Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Endo Health Solutions, Inc.**

represented by **Kerry James Miller**
Fishman Haygood, LLP (New Orleans)
201 St. Charles Ave.
Suite 4600, 46th Floor
New Orleans, LA 70170–4600
504–586–5252
Email: kmiller@fishmanhaygood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Endo Pharmaceuticals, Inc.**

represented by **Kerry James Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allegran Plc**
*formerly known as*
Actavis PLC

**Defendant**

| | | |
|---|---|---|
| **Acatvias Laboratories, Inc.–Salt Lake City** | represented by | **Richard S. Crisler** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **C. William Bradley , Jr.** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Leland G. Horton** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Michael C. Mims** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Natalie J. Taylor** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Insys Therapeutics, Inc.** | represented by | **Lawrence Bradley Hancock** |
| | | Holland & Knight LLP (Houston) |
| | | 1100 Louisiana Street |
| | | Suite 4300 |
| | | Houston, TX 77002 |
| | | 713–244–6868 |
| | | Email: brad.hancock@hklaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Invidior, Inc** | represented by | **Glenn Michael Farnet** |
| | | Kean Miller, LLP (Baton Rouge) |
| | | II City Plaza |
| | | 400 Convention St. |
| | | Suite 700 |
| | | PO Box 3513 (70821–3513) |
| | | Baton Rouge, LA 70802 |
| | | 225–387–0999 |
| | | Email: Glenn.Farnet@keanmiller.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Karen M. Fontana** |

Kean Miller LLP (New Orleans)
First Bank & Trust Tower
909 Poydras Street
Suite 3600
New Orleans, LA 70112
504–620–3191
Fax: 504–585–3051
Email: karen.fontana@keanmiller.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amneal Pharmaceutical LLC**                    represented by    **John Powers Wolff , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad Anthony Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Impax Laboratories LLC**
*formerly known as*
Impax Laboratories, Inc.

**Defendant**

**Novartis Pharmaceuticals Corporation**         represented by    **Celeste R. Coco–Ewing**
Barrasso, Usdin, Kupperman, Freeman &
Sarver, LLC
LL&E Tower
909 Poydras St.
Suite 2350
New Orleans, LA 70112
504–589–9762
Email: ccoco–ewing@barrassousdin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madison Sharko**
Barrasso, Usdin, Kupperman, Freeman &
Sarver, LLC
LL&E Tower
909 Poydras St.
Suite 2350
New Orleans, LA 70112
504–589–9700
Fax: 504–589–9701
Email: msharko@barrassousdin.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sandoz, Inc.**

**Defendant**

| | | |
|---|---|---|
| **McKesson Corporation** | represented by | **Scott R. Wolf** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Michael Adams**
Blanchard, Walker, O'Quin & Roberts, APLC
333 Texas Street
Suite 700
Shreveport, LA 71101
318−221−6858
Email: madams@bwor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacey Denise Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Cardinal Health Inc** | represented by | **Franklin J. Foil** |

Franklin J. Foil, Attorney at Law
412 N Fourth Street
Suite 240
Baton Rouge, LA 70802
225−382−3264
Email: ffoil@foillaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **AmerisourceBergen Drug Corporation** | represented by | **Richard Munice Crump** |

Maron Marvel Bradley Anderson & Tardy LLC
(New Orleans)
201 St. Charles Ave.
Suite 2411
New Orleans, LA 70170
504−684−5100
Email: rcrump@maronmarvel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Dille**
Maron Marvel Bradley Anderson & Tardy LLC
(New Orleans)
201 St. Charles Ave.
Suite 2411
New Orleans, LA 70170
504−684−5100
Email: rdille@maronmarvel.com
*ATTORNEY TO BE NOTICED*

Shelley K. Napolitano
Maron Marvel Bradley Anderson & Tardy LLC
(New Orleans)
201 St. Charles Ave.
Suite 2411
New Orleans, LA 70170
504−684−5100
Fax: 504−527−5056
Email: snapolitano@maronmarvel.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **H.D. Smith, LLC**<br>*doing business as*<br>HD Smith<br>*formerly known as*<br>H.D. Smith Wholesale Drug Company | represented by | **Richard Munice Crump**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert E. Dille**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Shelley K. Napolitano**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **J M Smith Corporation** | represented by | **Sidney W. Degan , III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Philip C. Brickman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **CVS Health Corporation** | represented by | **Thomas M. Flanagan**<br>Flanagan Partners, LLP<br>201 St. Charles Ave.<br>Suite 2405<br>New Orleans, LA 70170<br>504−569−0235<br>Fax: 504−592−0251<br>Email: tflanagan@flanaganpartners.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Camille E. Gauthier**<br>Flanagan Partners, LLP<br>201 St. Charles Ave.<br>Suite 2405<br>New Orleans, LA 70170 |

504−569−0235
Email: cgauthier@flanaganpartners.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CVS Orlando Fl Distribution, LLC**       represented by   **Thomas M. Flanagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Camille E. Gauthier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CVS TN Distribution, LLC**       represented by   **Thomas M. Flanagan**
*formerly known as*                            (See above for address)
CVS TN Distribution, Inc                        *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Camille E. Gauthier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CVS Pharmacy, Inc.**       represented by   **Thomas M. Flanagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Camille E. Gauthier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rite Aid of Maryland, Inc.**       represented by   **Ezra Dodd Church**
*doing business as*                            Morgan, Lewis & Bockius (Philadelphia)
Rite Aid Mid−Atlantic Customer Support         1701 Market St.
Center, Inc                                     Philadelphia, PA 19103−2921
215−963−5710
Email: echurch@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Walgreen Company**       represented by   **John Francis Olinde**
Chaffe McCall LLP (New Orleans)
Energy Centre
1100 Poydras St.
Suite 2300
New Orleans, LA 70163−2300

504–585–7000
Email: olinde@chaffe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Joseph Rotolo , III**
Chaffe McCall LLP (New Orleans)
Energy Centre
1100 Poydras St.
Suite 2300
New Orleans, LA 70163–2300
504–585–7000
Email: rotolo@chaffe.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Walmart, Inc.**<br>*formerly known as*<br>Wal–Mart Stores Inc | represented by | **James Dalton Courson**<br>Stone, Pigman, Walther, Wittmann, LLC (New Orleans)<br>909 Poydras Street<br>Suite 3150<br>New Orleans, LA 70112–4042<br>(504) 593–0812<br>Email: dcourson@stonepigman.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kathryn Marie Knight**<br>Stone, Pigman, Walther, Wittmann, LLC (New Orleans)<br>909 Poydras Street<br>Suite 3150<br>New Orleans, LA 70112–4042<br>(504) 581–3200<br>Email: kknight@stonepigman.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Louisiana Wholesale Drug Company, Inc.** | represented by | **S. Brian Perry**<br>Allen & Gooch, A Law Corporation (Lafayette)<br>2000 Kaliste Saloom Rd.<br>Suite 400<br>Lafayette, LA 70508<br>337–291–1000<br>Email: BrianPerry@AllenGooch.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Morris & Dickson Co LLC** | represented by | **Frank H. Spruiell , Jr.**<br>Wiener, Weiss & Madison, A Professional Corporation<br>330 Marshall Street |

Suite 1000
P.O. Box 21990 (zip: 71120)
Shreveport, LA 71101
318–226–9100
Email: fspruiell@wwmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell Reginald Dickson**
Wiener, Weiss & Madison
330 Marshall St.
P.O. Box 21990 (zip: 71120–1990)
Shreveport, LA 71101
318–213–9282
Email: rdickson@wwmlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Actavis Laboratories UT, Inc.**                    represented by    **Richard S. Crisler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. William Bradley , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leland G. Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Mims**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Natalie J. Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Walgreens Boots Alliance, Inc.**                    represented by    **John Francis Olinde**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Joseph Rotolo , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 07/19/2019 | Ï 1 | NOTICE OF REMOVAL from St. Tammany Parish, 22nd JDC, case number 2019–13022 (Filing fee $ 400 receipt number 053L–7762535) filed by Allergan Finance LLC, Allergan Sales, L.L.C., Allergan USA, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Civil Cover Sheet)Attorney Thomas Mac Dougall Womack added to party Allergan Finance LLC(pty:dft), Attorney Thomas Mac Dougall Womack added to party Allergan Sales, L.L.C.(pty:dft), Attorney Thomas Mac Dougall Womack added to party Allergan USA, Inc.(pty:dft).(Womack, Thomas) Modified text on 7/22/2019 (clw). (Entered: 07/19/2019) |
| 07/19/2019 | Ï 2 | Statement of Corporate Disclosure by Allergan Finance LLC, Allergan Sales, L.L.C., Allergan USA, Inc. identifying Corporate Parent Allergan PLC (Womack, Thomas) Modified text on 7/22/2019 (clw). (Entered: 07/19/2019) |
| 07/19/2019 | Ï 3 | Initial Case Assignment to Judge Sarah S. Vance and Magistrate Judge Karen Wells Roby. (ess) (Entered: 07/19/2019) |
| 07/22/2019 | Ï 4 | SUPPLEMENTAL NOTICE OF REMOVAL by McKesson Corporation . (Attachments: # 1 Exhibit)(Williams, Stacey) Modified text on 7/23/2019 (mm). (Entered: 07/22/2019) |
| 07/22/2019 | Ï 5 | Statement of Corporate Disclosure by McKesson Corporation (Williams, Stacey) (Entered: 07/22/2019) |
| 07/22/2019 | Ï 6 | NOTICE of Collateral Proceedings by McKesson Corporation . (Williams, Stacey) (Entered: 07/22/2019) |
| 07/24/2019 | Ï 7 | EXPARTE/CONSENT Unopposed MOTION for Extension of Time to Answer, Move, or Otherwise Respond re 1 Notice of Removal by by Walmart, Inc., CVS Health Corporation, CVS Orlando FL Distribution, LLC, CVS TN Distribution, Inc., CVS Pharmacy, Inc., Walgreens Boots Alliance, Inc., Walgreen Company (Attachments: # 1 Proposed Order)(Knight, Kathryn) Modified linkage/filers on 7/24/2019 (mm). (Entered: 07/24/2019) |
| 07/25/2019 | Ï 8 | ORDER granting 7 Motion for Extension of Time to Answer, Move, or Otherwise Respond re 1 Notice of Removal. Signed by Judge Sarah S. Vance on 7/25/2019. (mm) (Entered: 07/25/2019) |
| 07/25/2019 | Ï 9 | EXPARTE/CONSENT Unopposed MOTION for Extension of Time to Move, Answer, or Otherwise Respond re 1 Notice of Removal by AmerisourceBergen Drug Corporation, Anda, Inc., Cardinal Health Inc, McKesson Corporation. (Attachments: # 1 Proposed Order)(Williams, Stacey) Modified text on 7/25/2019 (mm). (Entered: 07/25/2019) |
| 07/25/2019 | Ï 10 | ORDER granting 9 Motion for Extension of Time to move, answer or otherwise respond re 1 Notice of Removal. Signed by Judge Sarah S. Vance on 7/25/2019. (mm) (Entered: 07/25/2019) |
| 07/26/2019 | Ï 11 | MOTION to Remand to State Court by Slidell City. Motion(s) will be submitted on 11/6/2019. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission, # 3 Proposed Order)(Leger, Walter) (Entered: 07/26/2019) |
| 07/26/2019 | Ï 12 | EXPARTE/CONSENT MOTION for Extension of Time to Answer re 1 Notice of Removal *or Otherwise File Responsive Pleadings as to Joining Manufacturing Defendants* by Janssen Pharmaceuticals Inc., Johnson & Johnson, Ortho–McNeil–Janssen Pharmaceuticals, Inc. (Attachments: # 1 Proposed Order)(Rookard, Kelly) (Entered: 07/26/2019) |
| 07/30/2019 | Ï 13 | Notice of Compliance by Allergan Finance LLC, Allergan Sales, L.L.C., Allergan USA, Inc. re 1 Notice of Removal. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 & 3 combined)(Womack, Thomas) (Entered: 07/30/2019) |
| 07/30/2019 | Ï 14 | ORDER granting 12 Motion for Extension of Time to Answer re 1 Notice of Removal or Otherwise File Responsive Pleadings as to Joining Manufacturing Defendants. Signed by Judge Sarah S. Vance on 7/30/2019. (mm) (Entered: 07/30/2019) |

| | | |
|---|---|---|
| 07/31/2019 | 15 | EXPARTE/CONSENT MOTION for Extension of Time to Move, Answer, or Otherwise Respond re 1 Notice of Removal by Louisiana Wholesale Drug Company, Inc. (Attachments: # 1 Proposed Order)(Perry, S.) Modified linkage/removed referral on 8/1/2019 (mm). (Entered: 07/31/2019) |
| 07/31/2019 | 16 | Statement of Corporate Disclosure by Louisiana Wholesale Drug Company, Inc. (Perry, S.) (Entered: 07/31/2019) |
| 08/01/2019 | 17 | Correction of Docket Entry by Clerk re 15 MOTION for Extension of Time to Move, Answer, or Otherwise Respond re 1 Notice of Removal. **1. Filing attorney incorrectly changed 'N' to 'Y' at the question 'Is this motion to be decided by the Magistrate Judge Y/N?'. This motion will be decided by the District Judge. Clerk took corrective action. 2. Filing attorney should have linked document to Document 1. Clerk properly linked document.** (mm) (Entered: 08/01/2019) |
| 08/02/2019 | 18 | ORDER: The Court GRANTS the 15 Motion. It is hereby Ordered that LOUISIANA WHOLESALE DRUG COMPANY, INC., without waiver of any defenses, shall be granted a 21–day extension of time to file a responsive pleading after a decision by the JPML regarding transfer of this matter to the MDL. Signed by Judge Sarah S. Vance on 08/02/2019. (am) (Entered: 08/02/2019) |
| 08/05/2019 | 19 | EXPARTE/CONSENT Unopposed MOTION for Extension of Time to Move, Answer, Or Otherwise Respond re 1 Notice of Removal by J M Smith Corporation, Smith Drug Company. (Attachments: # 1 Proposed Order)(Brickman, Philip) Modified text on 8/6/2019 (mm). (Entered: 08/05/2019) |
| 08/07/2019 | 20 | Statement of Corporate Disclosure by H.D. Smith, LLC identifying Corporate Parent AmerisourceBergen Corporation for H.D. Smith, LLC (Crump, Richard) Modified text/added corporate parent on 8/7/2019 (mm). (Entered: 08/07/2019) |
| 08/07/2019 | 21 | EXPARTE/CONSENT Unopposed MOTION for Extension of Time to Move, Answer, Or Otherwise Respond re 1 Notice of Removal by H.D. Smith, LLC. (Attachments: # 1 Proposed Order) Attorney Richard Munice Crump added to party H.D. Smith, LLC(pty:dft).(Crump, Richard) Modified text/removed referral on 8/7/2019 (mm). (Entered: 08/07/2019) |
| 08/07/2019 | 22 | Correction of Docket Entry by Clerk re 21 MOTION for Extension of Time to Move, Answer, Or Otherwise Respond re 1 Notice of Removal. **1. Filing attorney incorrectly changed 'N' to 'Y' at the question 'Is this motion to be decided by the Magistrate Judge Y/N?'. This motion will be decided by the District Judge. Clerk took corrective action. 2. Filing attorney should have selected 'Yes' at the question 'Is this an Exparte/Consent Motion Y/N?'. Clerk modified docket text to reflect 'Exparte'. ** (mm) (Entered: 08/07/2019) |
| 08/07/2019 | 23 | Correction of Docket Entry by Clerk re 20 Statement of Corporate Disclosure. **Filing attorney did not enter AmerisourceBergen Corporation as a corporate parent(s) at the prompt 'Search for a corporate parent or other affiliate'. Clerk took corrective action.** (mm) (Entered: 08/07/2019) |
| 08/07/2019 | 24 | ORDER granting 19 Motion for Extension of Time to Move, Answer, Or Otherwise Respond re 1 Notice of Removal. Signed by Judge Sarah S. Vance on 8/7/2019. (mm) (Entered: 08/07/2019) |
| 08/07/2019 | 25 | ORDER granting 21 Motion for Extension of Time to Move, Answer, Or Otherwise Respond re 1 Notice of Removal. Signed by Judge Sarah S. Vance on 8/7/2019. (mm) (Entered: 08/07/2019) |
| 08/08/2019 | 26 | ORDER: As stated herein, IT IS ORDERED that all proceedings in this case are hereby stayed pending the decision of the Multidistrict Litigation Panel regarding transfer. Signed by Judge Sarah S. Vance on 8/8/2019.(mm) (Entered: 08/08/2019) |
| 08/30/2019 | 27 | Notice of Conditional Transfer Order from MDL Panel regarding MDL 2804. (mm) (Entered: 08/30/2019) |
| 09/03/2019 | 28 | |

Order of MDL Transfer to Northern District of Ohio. MDL case number is 2804. Electronic file, certified copy of transfer order, and docket sheet sent. Signed by Judge Sarah S. Vance on 9/3/2019. (Attachments: # 1 Transmittal Letter)(mm) (Entered: 09/03/2019)

City of Slidell v. Purdue Pharma LP et al (2:19−cv−11771−SSV−KWR)